✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

GOLDSMITH, CAMERON L

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00211-AGH

Case No.    GM1        E2017448

USM No.

_____
Defendant's Attorney

**THE DEFENDANT:** GOLDSMITH, CAMERON L

☐  **THE DEFENDANT** pleaded guilty to count(s)    _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | | | |

☑  Count(s)  1 _____  ☑ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

|  | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $0.00 | $  0.00 | $ | $  0.00 |

Last Four Digits of Defendant's  Soc. Sec. No.:  5830

Defendant's Year of Birth:  1994

City and State of Defendant's Residence:
COLUMBUS, GA

06/24/26
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

06/24/26
_____
Date